COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. WESTERN CON-
STRUCTION COMPANY et al., Respond-
ents.

No. 12806.

United States Court of Appeals
Ninth Circuit.

Sept. 18, 1951.

Theron Lamar Caudle, Asst. Atty. Gen.,
Ellis N. Slack, Helen Goodner, L. Henry
Kutz and Carlton Fox, Sp. Assts. to Atty.
Gen., for petitioner.

Ralph B. Potts, Seattle, Wash., for re-
spondent.

Before HEALY and BONE, Circuit
Judges, and BOWEN, District Judge.

PER CURIAM.

These cases were heard together in the
Tax Court and a single opinion and decision
rendered. They are here on the Commis-
sioner's petition to review. For the reasons
given in the Tax Court's opinion, 14 T.C.
453, the decision of that court is affirmed.

Charles D. BRONSON, Jr., Appellant, v.
Hugh EARLE, Collector of Internal Reve-
nue for the District of Oregon and United
States of America, Appellee.

No. 12846.

United States Court of Appeals
Ninth Circuit.

Sept. 18, 1951.

Rehearing Denied Nov. 1, 1951.

Warde H. Erwin, Boyd, Ferris & Erwin
and David S. Pattullo, all of Portland, Or.
for appellant.

Theron Lamar Caudle, Asst. Atty. Gen.,
Ellis N. Slack, Carolyn R. Just, and Carlton
Fox, Sp. Assts. to Atty. Gen., Henry L.
Hess, U. S. Atty., Victor E. Harr, Asst.,
Portland, Or., for appellee.

Before HEALY and BONE, Circuit
Judges, and BOWEN, District Judge.

PER CURIAM.

In this case deficiencies in income taxes
were assessed against appellant on the
Commissioner's determination that amounts
received from two alleged partnerships re-
ported in the tax returns of appellant's wife
should be taxed to appellant. The latter,
having paid the assessments, sued unsuc-
cessfully to recover. The court's findings
and decision are abundantly supported by
the evidence, and the judgment is affirmed.

E. HALDEMAN–JULIUS v. UNITED
STATES of America.

No. 4343.

United States Court of Appeals
Tenth Circuit.

Aug. 21, 1951.

Douglas Hudson, Fort Scott, Kan., for
appellant.

Lester Luther, U. S. Atty., Topeka, Kan.,
for appellee.

Before PHILLIPS, Chief Judge, and
MURRAH, Circuit Judge.

PER CURIAM.

Docketed and dismissed August 21, 1951,
on motion of appellant.